IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**WILFREDO NIEVES-COLON,**
**Plaintiff**

**v.**  CIVIL NO. 06-1046(DRD)

**JO ANNE B. BARNHART,**
**COMMISSIONER OF SOCIAL**
**SECURITY,**
**Defendant**

### ORDER

Plaintiff is **ORDERED** to express whether consent is entered to proceed before a United States Magistrate Judge's jurisdiction to conduct any and all proceedings and order Entry of Judgment pursuant to Local Civil Rule 73(b).  Plaintiff is reminded that should consent jurisdiction be entered, the prejudiced party shall appeal directly to the United States Court of Appeals for the First Circuit in the same manner as it would appeal from any other judgment of this Court.  *See* Local Civil Rule 73(c).

Therefore, plaintiff shall express in writing **on or before April 18, 2005,** whether consent in accordance with Local Civil Rule 73(b) is entered.  The United States has already provided consent in all Social Security cases.  **Further, counsel is forewarned that failure to comply with this Court's Order and provide its position within the given deadline, shall be deemed by the Court as a waiver of rights and consent being <u>expressly entered to proceed before a U.S. Magistrate Judge</u>.**

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 5th day of April 2006.

S/DANIEL R. DOMINGUEZ
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE